UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** DISTRICT
EASTERN DIVISION

In re: BRYON SCOTT OPPENLANDER § Case No. 09-27672
and § Hon. JACQUELINE P. COX
SUZANNE MARIE OPPENLANDER § Chapter 7
§
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street, 7th Floor, Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30a.m. on 3/11/2010 in Courtroom 619 , Dirksen Federal Building Courthouse, 219 S. Dearborn Street, Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

By: Clerk US Bankruptcy Court
(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St. - Suite 910 - Chicago, IL 60603

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: BRYON SCOTT OPPENLANDER § Case No. 09-27672
and § Hon. JACQUELINE P. COX
SUZANNE MARIE OPPENLANDER § Chapter 7
§
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $11,015.52 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of* [1] | $11,015.52 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---:|
| NONE | $0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Trustee*   ALLAN J. DeMARS | $1,851.50 | $8.02 |
| *Attorney for trustee* | | |
| *Appraiser* | | |
| *Auctioneer* | | |
| *Accountant* | | |
| *Special Attorney for trustee* | | |
| *Charges,  U.S. Bankruptcy Court* | | |
| *Fees, United States Trustee* | | |
| Other | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor* | | |
| *Attorney for* | | |
| *Accountant for* | | |
| *Appraiser for* | | |
| Other | | |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____$20,922.19_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Internal Revenue Service | $20,922.19 | $9,156.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling _____$188,784.05_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be ___0___ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Chase Bank USA NA | $3,904.90 | $0.00 |
| 3 | Chase Bank USA NA | $2,463.86 | $0.00 |
| 4 | PYOD LLC successor to Citibank | $702.28 | $0.00 |
| 5 | PYOD LLC successor to Citibank | $2,693.12 | $0.00 |
| 6 | Chase Bank USA NA | $2,258.19 | $0.00 |
| 7 | Quill | $556.17 | $0.00 |
| 8 | Wells Fargo Financial Illinois | $425.00 | $0.00 |
| 9 | GE Money Bank/Bassett Furniture | $2,964.55 | $0.00 |
| 10 | PYOD LLC successor to Citibank | $6,959.95 | $0.00 |
| 11 | Unisource World Wide | $1,292.53 | $0.00 |
| 12 | PRA Receivables Mgmt LLC agent for Portfolio Recovery successor to HSBC Bank | $688.46 | $0.00 |

UST Form 101-7-NFR (9/1/2009)

| | | | |
|---|---|---|---|
| 13 | PRA Receivables Mgmt LLC agent for Portfolio Recovery successor to HSBC Bank | $796.52 | $0.00 |
| 14 | OPC Capital Corporation | $163,078.52 | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be __0__ percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$2,323.76_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be __0__ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Internal Revenue Service | $2,323.76 | $0.00 |

The amount of surplus returned to the debtor after payment of all claims and interest is _____$0.00_____.


Prepared By: /s/ Allan J. DeMars
                        Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe - Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mflowers              Page 1 of 2        Date Rcvd: Feb 02, 2010
Case: 09-27672                 Form ID: pdf006             Total Noticed: 54

The following entities were noticed by first class mail on Feb 04, 2010.
db/jdb        +Bryon Scott Oppenlander,    Suzann Marie Oppenlander,    7 Cumberland Dr.,
                Schaumburg, IL 60194-4030
tr            +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
14246809      +Accurate,    120 Joey Dr,    Elk Grove Village, IL 60007-1304
14246811       Alexander & Associates Womens,    P.O. Box 957736,    Hoffman Estates, IL  60195-7736
14246812      +Alexian Brothers Medical Center,    1555 Barrington Rd.,    Hoffman Estates, IL 60169-1019
14246813       Alexian Brothers Medical Group,    P.O. Box 843147,    Boston, MA  02284-3147
14246814      +All Seasons Mechanical Services,    179 Wheeling Rd,    Wheeling, IL 60090-4807
14246815      +Aramark Uniform Services,    4200 S. Halsted  Suite 602,    Chicago, IL 60609-2635
14246816       Bassett Furniture,    c/o GE Money Bank,    P.O. Box 960061,    Orlando, FL  32896-0061
14246817      +Beneficial,    P.O. Box 3425,    Buffalo, NY 14240-3425
14246818       Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
14562481       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14637631      +Chase Bank USA, N.A.,    C/O Creditors Bankruptcy Service,    P.O. Box 740933,
                Dallas, TX 75374-0933
14246819      +Corey J. Walther, D.D.S., Ltd.,    1880 N Roselle Rd/Hillcrest,    Suite 214,
                Schaumburg, IL 60195-3173
14246820       Dish Network,    Dept 0063,    Palatine, IL  60056
14246822      +FYCO Photoengraving,    100 Woodview Dr,    Elgin, IL 60120-6800
14763528      +GE Money Bank dba BASSETT FURNITURE/GEMB,    Care of Recovery Management Systems Corp,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14246823       GMAC,    P.O. Box 380902,    Bloomington, MN  55438-0902
14246824      +GPA Specially Substate Solutions,    Box 88872,    Milwaukee, WI 53288-0001
14246825      +Grafsolve/Graphic Arts Specialties,    P.O. Box 1185,    Northbrook, IL 60065-1185
14246827       HSBC Card Services,    P.O. Box 80084,    Salinas, CA  93912-0084
14246826       Home Depot Credit Services,    P.O. Box 689100,    Des Moines, IA  50364-9100
14246828       Internal Revenue Service,    Centralized Insolvency Operations,    PO Box 21126,
                Philadelphia PA  19114
14246830      +J & J Express Envelopes,    1225 Carnegie St  Suite 106,    Rolling Meadows, IL 60008-1032
14246832      +Jorson & Carlson,    1501 Pratt Blvd,    P.O. Box 796,    Elk Grove Village, IL 60009-0796
14246833       LabCorp,    P.O. Box 2240,    Burlington, NC  27216-2240
14246834      +Laminations Unlimited,    1668 S. Wolf Rd,    Wheeling, IL 60090-6516
14246835      +Lewis Paper,    97 E. Marquardt Dr,    Wheeling, IL 60090-6423
14246836      +MEA-AEA, LLC,    P.O. Box 366,    Hinsdale, IL 60522-0366
14246838      +MFR Creations (Design Services),    1631 Highmeadow Lane,    Algonquin, IL 60102-6098
14246810      +MMIF Inc.,    c/o Jeffrey Strange,    717 Ridge Road,    Wilmette  IL 60091-2486
14246837      +Metro Offset Service, Inc.,    2086 Nimitz Dr,    Des Plaines, IL 60018-4048
14246841      +OFC Capital Corporation,    576 Colonial Park,    Roswell  GA 30075-3997
14885648      +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Household,
                POB 41067,    NORFOLK VA 23541-1067
14597555      +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
14246842       Petland,    c/o HSBC Retail Services,    P.O. Box 15521,    Wilmington, DE  19850-5521
14246843      +Presstek Inc,    P.O. Box 712517,    Cincinnati OH 45271-2517
14681376      +QUILL C/O RMS BANKRUPTCY,    POB 5126,    TIMONIUM,MARYLAND 21094-5126
14246844      +Quill,    P.O. Box 37600,    Philadelphia, PA 19101-0600
14246845       Sears Gold Mastercard,    P.O. Box 6282,    Sioux Falls, SD  57117-6282
14246847      +St Alexius Medical Center,    c/o Harris & Harris, Ltd,    222 Merchandise Mart Plaza  #1900,
                Chicago, IL 60654-1421
14246846      +St Alexius Medical Center,    c/o RCS,    P.O. Box 7229,    Westchester, IL 60154-7229
14246850      +TPM Graphics, Inc.,    645 W University Dr,    Arlington Heights, IL 60004-1817
14246848      +Taylor, Bean & Whitaker,    1417 N. Magnolia Ave,    Ocala, FL 34475-9078
14246849      +The Grafsolve Company,    P.O. Box 1185,    Northbrook, IL 60065-1185
14246851      +Unisource Worldwide, Inc.,    850 N. Arlington Heights Rd,    Itasca, IL 60143-2885
14246853       Washington Mutual,    PO Box 660433,    Dallas TX  75266-0433
14246854       Wells Fargo Financial,    1750 E. Golf Rd. Suite 395,    Schaumburg, IL  60173-5090
14734146      +Wells Fargo Financial Illinois, Inc,    4137 121st Street,    Urbandale IA 50323-2310
14246855       Wuckert Finishing,    35W665 Oak Hill Dr,    Dundee IL  60118
The following entities were noticed by electronic transmission on Feb 02, 2010.
aty           +E-mail/Text: DANATLAW@AOL.COM                           Daniel K Robin,    Daniel K Robin Ltd,
                121 S Wilke Rd #201,    Arlington Heights, IL 60005-1525
14246831      +E-mail/PDF: gecsedi@recoverycorp.com Feb 03 2010 01:44:46      JC Penney,    P.O. Box 981131,
                El Paso, TX 79998-1131
14246829       E-mail/PDF: cr-bankruptcy@kohls.com Feb 03 2010 01:37:30      Kohl's,    P.O. Box 3043,
                Milwaukee, WI 53201-3043
14246840       E-mail/Text: bnc@nordstrom.com                           Nordstrom,    P.O. Box 79134,
                Phoenix, AZ  85062-9134
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14246821       Farmers Insurance
14246852       UPS
14246839*     +MMIF Inc.,    c/o Jeffrey Strange,    717 Ridge Road,    Wilmette  IL 60091-2486
                                                                                             TOTALS: 2, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1           User: mflowers              Page 2 of 2                Date Rcvd: Feb 02, 2010
Case: 09-27672                 Form ID: pdf006             Total Noticed: 54
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 04, 2010**                    **Signature:**    *Joseph Speetjens*