UNITED STATES BANKRUPTCY COURT
NORTHERN    DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: BRYON SCOTT OPPENLANDER § Case No. 09-27672
and § Hon. JACQUELINE P. COX
SUZANN MARIE OPPENLANDER § Chapter 7
§
§
Debtor(s)

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $194,658.00 | Assets Exempt: | $9,750.00 |
| Total Distributions to Claimants: | $9,156.00 | Claims Discharged Without Payment: | $241,076.48 |
| Total Expenses of Administration: | $1,859.52 | | |

3) Total gross receipts of $11,015.52 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $11,015.52 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $396,981.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | $0.00 | $1,859.52 | $1,859.52 | $1,859.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | $23,000.00 | $20,922.19 | $20,922.19 | $9,156.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | $449,561.61 | $188,784.05 | $188,784.05 | $0.00 |
| TOTAL DISBURSEMENTS | $869,542.61 | $211,565.76 | $0.00 | $11,015.52 |

4) This case was originally filed under chapter 7 on 07/30/2009.
The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/15/2010                    By: /s/ ALLAN J. DeMARS
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| proceeds of business checking account | 1129-000 | $11,014.23 |
| interest on invested funds | 1270-000 | $1.29 |
| **TOTAL GROSS RECEIPTS** | | **$11,015.52** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 4 secured claims | | $396,981.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | **$396,981.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALLAN J. DeMARS | 2100-000 | N/A | $1,851.50 | $1,851.50 | $1,851.50 |
| ALLAN J. DeMARS | 2200-000 | N/A | $8.02 | $8.02 | $8.02 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $1,859.52 | $1,859.52 | $1,859.52 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Internal Revenue Service | 5800-000 | $23,000.00 | $20,922.19 | $20,922.19 | $9,156.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $23,000.00 | $20,922.19 | $20,922.19 | $9,156.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 33 scheduled claims with no proof of claim filed | | $52,292.43 | $0.00 | $0.00 | $0.00 |
| 13 scheduled claims with proof of claim filed | | $397,269.18 | $188,784.05 | $188,784.05 | $0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | $449,561.61 | $188,784.05 | $188,784.05 | $0.00 |

UST Form 101-7-TDR (9/1/2009)

EXHIBIT "8"    FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No.: 09-27672
Case Name: BRYON SCOTT OPPENLANDER and SUZANN MARIE OPPENLANDER
For Period Ending: 12/31/09

Trustee Name: Allan J. DeMars
Date Filed (f) or Converted (c): 7/30/09 (F)
§341(a) Meeting Date: 9/9/09

Claims Bar Date: 12/28/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) Ref # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  cash | 100.00 | 0.00 | DA | | FA |
| 2  business checking account | 500.00 | 11,014.23 | | 11,014.23 | FA |
| 3  checking and savings acct | 2,000.00 | 0.00 | DA | | FA |
| 4  checking account | 200.00 | 0.00 | DA | | FA |
| 5  savings account | 50.00 | 0.00 | DA | | FA |
| 6  furniture | 600.00 | 0.00 | DA | | FA |
| 7  clothing | 300.00 | 0.00 | DA | | FA |
| 8  wedding ring | 3,000.00 | 0.00 | DA | | FA |
| 9  business equipment and supplies | 3,000.00 | 0.00 | DA | | FA |
| 10 receivables | 18,157.00 | 0.00 | DA | | FA |
| 11 customer lists | 1.00 | 0.00 | DA | | FA |
| 12 2006 Chevrolet Malibu | 10,500.00 | 0.00 | DA | | FA |
| 13 2007 Chevrolet Suburban | 16,000.00 | 0.00 | DA | | FA |
| 14 leased and pledged business equipment | 150,000.00 | 0.00 | DA | | FA |
| 15 interest on invested funds | | | | 1.29 | |
| TOTALS (Excluding unknown values) | | 11,014.23 | | 11,015.52 | |

Date of Final Report (TFR): 12/29/09

**EXHIBIT "9" - FORM 2**

**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 09-27672  
Case Name: BRYON SCOTT OPPENLANDER and SUZANNE MARIE OPPENLANDER  
Taxpayer ID#: 27-6285988  
For Period Ending: 12/31/10  

Trustee's Name: Allan J. DeMars  
Bank Name: Bank of America  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Money Market #: 375 556 2395  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 10/29/09 | Ref 2 | from debtor | proceeds of business checking account | 1129-000 | 8,247.04 | | 8,247.04 |
| 11/13/09 | Ref 2 | from debtor | balance of proceeds of business checking account; debtors had spent and are returning | 1129-000 | 2,767.19 | | 11,014.23 |
| 11/30/09 | Ref 15 | Bank of America | interest on invested funds | 1270-000 | 0.77 | | 11,015.00 |
| 12/23/09 | Ref 15 | Bank of America | interest on invested funds | 1270-000 | 0.52 | | 11,015.52 |
| 3/11/10 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 1,851.50 | 9,164.02 |
| 3/11/10 | Check 1002 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 8.02 | 9,156.00 |
| 3/11/10 | Check 1003 | Internal Revenue Service | 507(a)(8);43.76214% | 5800-000 | | 9,156.00 | 0.00 |
| | | | COLUMN TOTALS | | 11,015.52 | 11,015.52 | 0.00 |
| | | | Less: Bank transfers/CD | | | | |
| | | | Subtotal | | | | |
| | | | Less: Payments to debtor(s) | | | | |
| | | | Net | | 11,015.52 | 11,015.52 | 0.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---|---|---|
| Checking# | | | |
| Money Market # 375 556 2395 | 11,015.52 | 11,015.52 | 0.00 |